# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  　　　　　　　　　　　　　　　　CASE NO: 8:20-cr-169-CEH-TGW

ROSSONNO BORDERS, JR.

_____

## FINAL REVOCATION HEARING

Pursuant to the Report of Preliminary Revocation Hearing of the United States Magistrate Judge (Doc.79), entered April 7, 2022, a Final Revocation Hearing was previously scheduled for May 12, 2022 at 11:00 AM before the undersigned and will proceed as scheduled.

**DONE and ORDERED** in Tampa, Florida this 27th day of April 2022.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services